UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Edmund Pinnacle,<br><br>               Petitioner,<br><br>     -against-<br><br>Lisa Anderson,<br><br>               Respondent. | 25-CV-5994 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Respondent's motion to dismiss without a response is DENIED. Although it may be the case that courts have typically held that *Erlinger* does not apply retroactively, respondent does not point to any precedent to that effect that is binding on this Court. As a result, the Court cannot conclude without briefing that *Erlinger* is not retroactive, which in turn would make the petition time-barred.

With that said, the Court will modify its prior order to allow briefing on the issues raised by respondent's letter. **In addition to exhaustion, respondent should include briefing as to (1) whether *Erlinger* is retroactive and (2) whether the petition is time-barred.** As before, respondent need not brief the merits of the petition at this time. The deadline will remain the same, but respondent may move for an extension should there be cause.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 7.

SO ORDERED.

Dated: June 22, 2026
      New York, New York

                              ARUN SUBRAMANIAN
                              United States District Judge